Ida Lerman, Respondent, v. Fishkill Electric Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of John Armstrong Chaloner (Formerly John Armstrong Chanler), an Alleged Incompetent. The Application of Hugh Gordon Miller, Appellant, for an Allowance out of the Estate of Said Chaloner for Services. Thomas T. Sherman, Committee, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Domenico Castelli, Respondent, v. Alexander S. Burns, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ferdinand Cahn, Respondent, v. Abram Morris and Jacob H. Morris, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the Petition of Alexander S. Bacon, Appellant, for the Determination and Enforcement of His Lien against Funds in the Hands of Baldwin Schlesinger and Leo Schlesinger as Executors, etc., of Abraham Schlesinger, Deceased, Respondents, and Due the Estate of Mark Schlesinger, Deceased.— Order affirmed, with ten dollars costs and disbursements, without prejudice to any action that the petitioner may bring to